IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ISREAL EMORY WALTERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 125-278 |
| | ) | |
| MICHAEL FELICIES, | ) | |
| | ) | |
| Defendant. | ) | |

**SCHEDULING ORDER**

In consideration of Fed. R. Civ. P. 16(b), the Local Rules, and the Rule 26(f) Report, the Court imposes the following scheduling deadlines:

| | |
|---|---|
| DATE ISSUE JOINED | December 29, 2025 |
| DATE OF RULE 26(f) CONFERENCE | January 16, 2026 |
| LAST DAY FOR FILING MOTIONS TO AMEND OR ADD PARTIES | February 27, 2026 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY PLAINTIFF | March 17, 2026 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY DEFENDANT | April 16, 2026 |
| CLOSE OF DISCOVERY | May 18, 2026 |
| JOINT STATUS REPORT[1] | May 18, 2026 |

---

[1] On the date the discovery period expires, the parties shall file a Joint Status Report, found on the Court's website under Forms, Judge Epps Instructions and Forms, Civil, Joint Status Report Form - for Judge Hall / Judge Epps.  Any extension of the discovery period automatically extends the Joint Status Report deadline.

2

LAST DAY FOR FILING CIVIL MOTIONS         June 17, 2026
INCLUDING *DAUBERT* MOTIONS, but
EXCLUDING MOTIONS IN LIMINE

SO ORDERED this 9th day of February, 2026, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2